IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CALEB L MCGILLVARY, | * |
| Plaintiff, | * |
| v. | Case No.5:24-cv-00081-CAR |
| | * |
| GREG HARTLEY et al, | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 30, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants.  Plaintiff shall recover nothing  of Defendants. Defendants shall also recover costs of this action.

This 1st day of October, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk